UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:  CASE NO. 19-60181
Chapter 7

CANTINA NICOLE MILLER

DEBTOR

JAMES R. WESTENHOEFER
Trustee for Bankruptcy Estate
of CANTINA NICOLE MILLER  PLAINTIFF

vs.  ADVERSARY NO. _____

COMPLAINT

MANAGING OFFICER OR GENERAL AGENT
CARVANA, LLC
1930 West Rio Salado Parkway
Tempe, AZ 85281

    Serve:  Corporation Service Company
              421 West Main Street
              Frankfort, Ky 40601

*and*

CANTINA NICOLE MILLER
88 North Cornett Road
Corbin, Ky 40701  DEFENDANTS

\* \* \*   \* \* \*   \* \* \*

Comes now, plaintiff, James R. Westenhoefer, Trustee for the bankruptcy estate of debtor CANTINA NICOLE MILLER, by counsel, and for his complaint herein against the defendant, CARVANA, LLC (hereinafter "CARVANA"), and against the debtor/defendant, CANTINA NICOLE MILLER, states as follows:

1. That James R. Westenhoefer is the duly qualified and acting Trustee of the bankruptcy estate of debtor, CANTINA NICOLE MILLER having been appointed February 19, 2019.

2. That this is an adversary proceeding bought pursuant to Bankruptcy Rule 7001 and 11 U.S.C. Sections 544, 547, 550 and 551.

3. That this Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334. This adversary complaint relates to a case under Chapter 7 of the Bankruptcy Code, which was commenced by voluntary petition for relief under Chapter 7 filed by the debtor, CANTINA NICOLE MILLER, on February 18, 2019, being Case No. 19-60181, and constitutes a "core" proceeding under 28 U.S.C. Section 157 (b)(2)(k). Pursuant to bankruptcy Rules 7008 and 9027(a) of the Federal Rules of Bankruptcy Procedure, the Plaintiff does consent to entry of final orders or judgment by the Bankruptcy Court. The name and number of the case and division where the case is pending are set forth in the caption outlined above.

4. That prior to commencement of this case, in August, 2018, debtor CANTINA NICOLE MILLER borrowed funds from defendant, CARVANA, to purchase a 2015 Cadillac ATS, VIN: 1G6AA5RA6F0112405.

5. That at all times relevant, the debtor, CANTINA NICOLE MILLER was a resident of 88 North Cornett Road, Corbin, Laurel County, Kentucky (Collectively, Plaintiff's Exhibit A)

6. That for reasons unknown to plaintiff, the title lien of CARVANA as reflected on the certificate of title shows a lien recorded in Whitley County, Kentucky. (Plaintiff's Exhibit B).

7. That the plaintiff is informed and believes, and therefore alleges, that the security interest claimed by defendant, CARVANA is unperfected in that the defendant, CARVANA did not cause an indication of its security interest to be placed upon the certificate of title in the records of the county clerk for the county where the debtor, CANTINA NICOLE MILLER, resides.

8. That said unperfected security interest of defendant, CARVANA is void as to plaintiff

by virtue of 11 U.S.C. Section 544. (Plaintiff's Exhibit C).

9. That the aforesaid 2015 Cadillac ATS has a reasonable fair market value of Sixteen Thousand Dollars ($16,000.00).

WHEREFORE, plaintiff prays:

1. That this Court make its order declaring void the security interest granted by the debtor, CANTINA NICOLE MILLER to the defendant, CARVANA, and decreeing that said defendant has no lien upon, nor security interest in, the above-described 2015 Cadillac ATS, VIN: 1G6AA5RA6F0112405.

2  That the debtor/defendant, CANTINA NICOLE MILLER, assert whatever claims or defenses she may have in the above transactions.

3. That the Court order the sale of said 2015 Cadillac ATS and the distribution of proceeds thereof in the order and priority as permitted by law.

4. That the plaintiff have all other orders and relief to which he may appear entitled.

5. For plaintiff's costs herein expended.

                                        /s/ James R. Westenhoefer
                                        JAMES R. WESTENHOEFER
                                        ATTORNEY FOR TRUSTEE
                                        212 South Third Street
                                        Richmond, KY  40475
                                        Telephone: 859/624-0145

ZIP Code™ by Address (/zip-code-lookup.htm?byaddress)   ZIP Code™ by City and State (/zip-code-lookup.htm?bycitystate)
Cities by ZIP Code™ (/zip-code-lookup.htm?citybyzipcode)   FAQs (https://www.faqs.htm)

# Look Up a ZIP Code™ FAQs (https://faqs.htm)

## ZIP Code™ by Address

**You entered:**
88 N CORNETT ROAD
CORBIN KY
40701

If more than one address matches the information provided, try narrowing your search by entering a street address and, if applicable, a unit number. **Edit and search again. (zip-code-lookup.htm?byaddress)**

88 N CORNETT RD
CORBIN KY **40701-4100**

| CARRIER ROUTE | COUNTY | DELIVERY POINT CODE |
|---|---|---|
| R011 | LAUREL | 88 |
| **CHECK DIGIT** | **COMMERCIAL MAIL RECEIVING AGENCY** | **LAC™** |
| 7 | N | - |
| **eLOT™** | **eLOT ASCENDING/DESCENDING INDICATOR** | **RECORD TYPE CODE** |
| 0325 | A | S |
| **PMB DESIGNATOR** | **PMB NUMBER** | **DEFAULT FLAG** |
| - | - | - |
| **EWS FLAG** | **DPV CONFIRMATION INDICATOR** | |
| - | Y | |



EXHIBIT
A


Top

File No.: 11264

EXHIBIT A

A tract of land in Southern Laurel County, located on the North side of Cornett Road and is more particularly described as follows.

Beginning at a rebar at the base of a 12" black oak on the north side of Cornett Road, said rebar being a corner to David Helton and Johnna Helton (hub & wf.); an agreed corner between Ernie Vanover & David Helton; thence with the line of said Helton S 14-59-11 W. 9.39 feet to a point on the north side of said road, a corner to said Helton, an agreed corner between Ernie Vanover & David Helton; thence leaving the line of said Helton and with the north side of said road with the following calls, N 89-13-11 W 35.26 feet N 76-12-38 W 37.59 feet, N 42-07-27 W 23.04 feet, N 22-42-46 W 120.33 feet, N 27-31-42 W 41.52 feet, N 57-35-36 W 44.54 feet, N 72-09-10 W 55.59 feet, N 79-00-07 W 200.08 feet to a 3" red metal pipe on the North side of said road, a corner to Matthew Cornett & Elsie Mae Cornett (hub & wf) and also a corner to Earnie Morris & Ethel Morris (hub & wf), an agreed corner between Ernie Vanover, Matthew Cornett and Earnie Morris; thence leaving said road and the line of said Cornett and with the line of said Morris N 81-22-33 E 535.18 feet to a rebar at the base of a 9" White Oak, a corner to said Morris, an agreed corner between Ernie Vanover and Earnie Morris; thence leaving the line of said Morris S 14-59-11 W 336.04 feet to the beginning containing 1.59 acres.

The above tract of land is bounded on the North by Earnie Morris & Ethel Morris (hub & wf) Deed Book 277, Page 218, Dated: November 3, 1978, on the South by Cornett Road, on the East by David Helton & Johnna Helton (hub & wf) Deed Book 426, Page 145, Dated: December 3, 1993, and on the West by Matthew Cornett & Elsie Cornett, Deed Book 261, Page 126, Dated: May 15, 1977.

All bearings are magnetic 1994 and is referenced to the Northern boundary line of described property.

Note: The property herein is subject to a Transmission Line Easement to East Kentucky Power Cooperative, Inc., bearing date of August 25, 1984, and recorded in Deed Book 321, Page 702 at the Laurel County Clerk's Office, London, Kentucky.

BEING the same property conveyed to Cantina Adkins, unmarried, by Warranty Deed from Jerome Tip Scalf dated 4-17-15, and recorded 5-6-15, in Book 709, Page 182, the Clerk's Office for Laurel County, Kentucky.

# COMMONWEALTH OF KENTUCKY
## CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|
| 182341180006 | 15 | CADI | ATS | 1G6AA5RA6F0112405 | OUT OF ST | |
| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | PREV. TITLE NO/STATE |
| 4D | RED | 04 | 31071 | | 6 | 117891190  FL |
| KY NO. | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION |

DATE OF ISSUE 09/12/18     FUEL     USAGE TAX PAID 480.00

OWNER(S) NAME

T5  MILLER, CANTINA
88 N CORNETT RD
CORBIN KY  40701-4100

REMARKS:

BRAND(S):

FIRST LIENHOLDER
CARVANA LLC
PO BOX 29002
PHOENIX
AZ 85038

FIRST LIEN
Notation No 1803326    County WHIT
Filing Date 08-23-18
Released By
County Clerk's use Only    Date

SECOND LIEN
Notation No    County
Filing Date
Released By
County Clerk's use Only    Date

EXHIBIT B

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

Commissioner, Department of Vehicle Regulation, Kentucky Transportation Cabinet

CONTROL NO. C27007559

*** TRANSFER OF TITLE BY OWNER: 49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING A FALSE STATEMENT, MAY RESULT IN PENALTIES. ***

## FIRST DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

Odometer Reading _____ (no tenths)

Transferor/Seller Signature _____    Transferee/Buyer Signature _____
Transferor/Seller Printed Name _____    Transferee/Buyer Printed Name _____
Date of Transfer _____ Seller/Dealer No. _____    Buyer/Dealer No. _____
Subscribed and attested before me on this date ___ MM DD YY. My Commission expires ___ MM DD YY    Signature/Title

## SECOND DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

Odometer Reading _____ (no tenths)

Transferor/Seller Signature _____    Transferee/Buyer Signature _____
Transferor/Seller Printed Name _____    Transferee/Buyer Printed Name _____
Date of Transfer _____ Seller/Dealer No. _____    Buyer/Dealer No. _____
Subscribed and attested before me on this date ___ MM DD YY. My Commission expires ___ MM DD YY    Signature/Title

TC 96-180 REV. 07/05/2016

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**




# UNITED STATES CODE

USC most recently checked for updates: Feb 24, 2019

All Titles (/uscode) > Title 11 (/uscode/title11) > Chapter 5 (/uscode/title11_chapter5) > Subchapter III (/uscode/title11_chapter5_subchapterIII)

§ 543. Turnover of property by a custodian (/...    § 545. Statutory liens (/uscode/title11_chapt...

| U.S. Code | Notes (/uscode/11/544/notes) |

## § 544. **Trustee as lien creditor and as successor to certain creditors and purchasers**

(a) The trustee shall have, as of the commencement of the case, and without regard to any knowledge of the trustee or of any creditor, the rights and powers of, or may avoid any transfer of property of the debtor or any obligation incurred by the debtor that is voidable by—

(1) a creditor that extends credit to the debtor at the time of the commencement of the case, and that obtains, at such time and with respect to such credit, a judicial lien on all property on which a creditor on a simple contract could have obtained such a judicial lien, whether or not such a creditor exists;

(2) a creditor that extends credit to the debtor at the time of the commencement of the case, and obtains, at such time and with respect to such credit, an execution against the debtor that is returned unsatisfied at such time, whether or not such a creditor exists; or

(3) a bona fide purchaser of real property, other than fixtures, from the debtor, against whom applicable law permits such transfer to be perfected, that obtains the status of a bona fide purchaser and has perfected such transfer at the time of the commencement of the case, whether or not such a purchaser exists.

(b)

(1) Except as provided in paragraph (2), the trustee may avoid any transfer of an interest of the debtor in property or any obligation incurred by the debtor that is

Download the GovRegs app! (/apps.html)

voidable under applicable law by a creditor holding an unsecured claim that is allowable under section 502 of this title (/uscode/11/502) or that is not allowable only under section 502(e) of this title (/uscode/11/502).

(2) Paragraph (1) shall not apply to a transfer of a charitable contribution (as that term is defined in section 548(d)(3)) that is not covered under section 548(a)(1)(B), by reason of section 548(a)(2). Any claim by any person to recover a transferred contribution described in the preceding sentence under Federal or State law in a Federal or State court shall be preempted by the commencement of the case.

(PUB. L. 95–598, NOV. 6, 1978, 92 STAT. 2596; PUB. L. 98–353, TITLE III, § 459, JULY 10, 1984, 98 STAT. 377; PUB. L. 105–183, § 3(B), JUNE 19, 1998, 112 STAT. 518.)

CITE AS: 11 USC 544

© 2016 GovRegs | About (/about.html) | Disclaimer (/disclaimer.html) | Privacy (/privacy.html)

🐦 (https://twitter.com/GovRegs)  f (https://www.facebook.com/GovRegs)

**Download the GovRegs app! (/apps.html)**